DANIEL G. BOGDEN,
United States Attorney,
TIMOTHY S. VASQUEZ,
Assistant United States Attorney,
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
(702)  388-6336/Fax: (702) 388- 6418

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>[3]  **MATTHEW KIDLE** and<br>[4]  **KASSIE BAKER,**<br><br>    Defendants. | 2:12-cr-270-MMD-VCF |

### *EX PARTE* MOTION FOR SUMMONS

COMES NOW THE UNITED STATES, by and through its undersigned attorneys, and respectfully requests that the Court issue summons directing defendants [3] MATTHEW KIDLE and [4] KASSIE BAKER to appear before the Court on a specified date and time to be arraigned on the charges pending in this case.  As reason therefore, the United States respectfully states:

1. Summons were previously issued scheduling the initial appearances and arraignments of defendants [3] KIDLE and [4] BAKER for August 3, 2012.  However, that setting was vacated pending the execution of warrants for the arrest of co-defendants .

2. Co-defendant [2] MICHAEL ALBANESE was arrested and was brought before the Court on August 10, 2012.   Although defendant [1] CHARLES PECCHIO has not yet been apprehended, the indictment was unsealed on that date.

3. As a co-defendant has been arrested and the indictment unsealed, summons and arraignment of defendants [3] KIDLE and [4] BAKER would not compromise the criminal investigation at this time.

WHEREFORE, the United States respectfully requests the Court issue summons directing defendants [3] MATTHEW KIDLE and [4] KASSIE BAKER to appear before the Court on a date and time specified by the Court for purposes of their initial appearances and arraignment.

RESPECTFULLY SUBMITTED this 23rd day of August 2012.

DANIEL G. BOGDEN
United States Attorney

/s/
Timothy S. Vasquez
Assistant United States Attorney

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: __8-28-2012

2